## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DAVID GREATHOUSE,

        Plaintiff,

v.                                            No. CV 20-613 RB/CG

DON DOUGLAS, et al.,

        Defendants.

## <u>ORDER TO CURE DEFICIENCY</u>

Plaintiff has submitted a civil rights complaint. The Court determines that Plaintiff's submission is deficient because Plaintiff has not paid the $400.00 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Plaintiff must cure this deficiency no later than August 24, 2020, by *either* paying the full $400.00 civil filing fee *or* submitting an Application to Proceed in District Court Without Prepaying Fees or Costs including a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Failure to cure the designated deficiency by August 24, 2020, may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that by **August 24, 2020**, Plaintiff *either* pay the full $400.00 civil filing fee *or* submit an Application to Proceed in District Court Without Prepaying Fees or Costs that includes a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff a copy of this order and 2 copies of an Application to Proceed in District Court Without Prepaying Fees or Costs with instructions.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE